UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

LAWRENCE DAVIS,

Defendant.

**ORDER**

**26 Cr. 308 (NRB)**

Upon the application of counsel for defendant Lawrence Davis, and with the consent of counsel for the Government, the conditions of pretrial release for defendant Lawrence Davis are modified as follows:

1. The condition requiring one financially responsible person to co-sign Lawrence Davis's personal recognizance bond is removed; and
2. Defendant Lawrence Davis shall be subject to a curfew, with the specific hours to be set by Pretrial Services, accompanied by location monitoring as directed by Pretrial Services.

All other bail conditions remain unchanged.

SO ORDERED:

Dated: New York, New York
August 12, 2026

Naomi Reice Buchwald

THE HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE